James Magoletta GREEN,
Plaintiff–Appellant,

v.

CORRECTIONAL MEDICAL SERVICES, INCORPORATED, Defendant–Appellee.

No. 14–6561.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

James Magoletta Green, Appellant Pro Se. Jennifer E. Cameron, Michelle Jacquelyn Marzullo, Richard P. Seitz, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Magoletta Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Corr. Med. Servs., Inc.,* No. 1:13–cv–00691–JFM, 2014 WL 1123392 (D.Md. Mar. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*